2005–0546.   State ex rel. Cincinnati, Inc. v. Lowe.
Franklin App. No. 04AP–241, 2005-Ohio-516.

2005–0552.   State ex rel. Phillips Cos. v. Indus. Comm.
Franklin App. No. 04AP–222, 2005-Ohio-588.

2005–0561.   State ex rel. Borden Chemical, Inc. v. Mourn.
Franklin App. No. 03AP–1213, 2005-Ohio-1121.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2005–0230.   State ex rel. Pence v. Indus. Comm.
Franklin App. No. 04AP–124, 2004-Ohio-7052.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 13, 2005*

[Cite as *04/13/2005 Case Announcements,* 2005-Ohio-1666.]

## MERIT DECISIONS WITHOUT OPINIONS

2004–1740.   State ex rel. White v. Petro.
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2005–0144.   State ex rel. Norris v. Shoemaker.
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2005–0188.   State ex rel. Hines v. Court of Appeals, Eighth Appellate Dist.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2005–0225.   Penko v. Lake Cty.
In Quo Warranto. On motions to dismiss and motion for leave to amend complaint. Motions to dismiss sustained. Motion for leave to amend complaint denied as moot. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2005–0246.   State ex rel. Dale v. Stucki.
In Mandamus and Procedendo. On motion to dismiss and motion for judgment on complaint. Motion to dismiss sustained. Motion for judgment on complaint denied. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

2005–0278.   Black v. Wilkins.
Board of Tax Appeals, No. 2004–G–400. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
   PFEIFER, J., dissents.

2005–0318.   State ex rel. Culgan v. Collier.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.